**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Jenee El Bey
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Instawork
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 SEP -9 P 1: 51

DLG FC

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
         additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Jenee El Bey |
| | Street Address | 1912 Mildred Avenue |
| | County, City | Union, Linden |
| | State & Zip Code | New Jersey, 07036 |
| | Telephone Number | 856 520- 1505 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Jer Instawork_
Street Address _548 Market Street_
County, City _San Francisco_
State & Zip Code _California, 94104_

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions        [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff        [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Discrimination in regards to Title VII of the Civil Rights Act of 1964_

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.     Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur?  _New Jersey_____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur?  _January 2023-__ _November 2024_____

_____

C.      Facts:  _Instawork wrongfully terminated me and violated their company policy. I was discriminated against at Instawork several times working for this company, as well as been harrassed on several occassions as well. Instawork never investigated my claims while working for them and continued to let client be on the platform who are discriminatory. Instawork terminated me for multiple accounts being in my name on their platform, when I advised them I am a victim of Identity Theft. They never looked into this as well, I have a police report on file, as well as a FTC report. I lost my spot on the platform which led me to being homeless and having no funds to live my everyday life. Instawork never looks after the employees, only people they care about is the client which is discrimination._

[Margin boxes: "What happened to you?", "Who did what?", "Was anyone else involved?", "Who else saw what happened?"]

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Left me homeless, suffered severe depression, and tremendous struggle with my day to day life, and severe economic harm because I believe it will take me years to find employment, like Instawork.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I'd like to sue for a year's worth of income, which is around $50,000.00 and I'd like to be re-instated back on the platform.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _09_ day of ___September___, 20 _25_ .

Signature of Plaintiff ___Jenee  El Bey___

Mailing Address ___1912  Mildred  Avenue___

___Linden, New Jersey  07036___

Telephone Number ___856-520-1505___

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: ___Jenee Christina El Bey___

- 5 -